# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| In the Matter of the Parentage and Support of: | No. 58634-7-II |
| DREW FERGUSON, | |
| Appellant, | |
| And | |
| NAKIA L. BRADY, | ORDER GRANTING MOTION FOR RECONSIDERATION AND WITHDRAWING OPINION |
| Respondent. | |

Respondent, Nakia Brady, moves this court to reconsider its December 31, 2024 opinion. After consideration, we grant the motion. The opinion is withdrawn and a new opinion will be filed in due course. It is

SO ORDERED.

Panel: Jj. Glasgow, Cruser, Price

FOR THE COURT:

_____
CHIEF JUDGE